**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MARK CHRISSOVERGES**                                    **CIVIL ACTION**

**VERSUS**                                                        **NO.  20-1489**

**CITY OF NEW ORLEANS,  ET AL**                          **SECTION: "B" (3)**

## ORDER AND REASONS

Before the Court are Defendant City of New Orleans' motion for certificate of appealability and Plaintiff's opposition to same. (Rec. Docs. 63 and 64)

**IT IS ORDERED** that the motion is **DENIED** without prejudice as premature.   In denying the City's requested dismissal of claims based on the defense of untimeliness, the court reserved reconsideration of that issue at a later date. In part, reconsideration is envisioned in view of the related expansion of discovery that gave the City an opportunity to respond to plaintiff's expert on "repressed memory" issues.  The decision at issue is not final because the record is currently incomplete for meaningful appellate review.

New Orleans, Louisiana, this 8th day of June, 2021

SENIOR UNITED STATES DISTRICT JUDGE