**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

MARK CHRISSOVERGES                                    CIVIL ACTION

VERSUS                                                NO. 20-1489

CITY OF NEW ORLEANS, ET AL.                           SECTION "B"(3)

<u>ORDER AND REASONS</u>

Considering plaintiff's motion to supplement Record Document 75 (Rec. Doc. 81), and defendant's response in opposition to same (Rec. Doc. 82),

**IT IS ORDERED** that plaintiff's motion is **DENIED.** On October 27, 2021, the submission date for the City's motion for summary judgment (Rec. Doc. 72), plaintiff filed an untimely motion to supplement its opposition to the motion for summary judgment. Rec. Doc. 80. The Clerk's Office marked the motion to supplement deficient, and thus, plaintiff filed the instant motion to supplement the record on October 29, 2021. Rec. Doc. 81. Plaintiff provides no explanation as to why he could not timely obtain Dr. Shwery's report, but only states that it was not in his possession until October 26, 2021. Rec. Doc. 81-1 at 1. Additionally, Dr. Shwery's report is again unsworn and does not appear to add any new information significant to plaintiff's claims. *Compare* Rec. Doc. 44-7, *with* Rec. Doc. 81.

New Orleans, Louisiana this 7th day of December, 2021

SENIOR UNITED STATES DISTRICT JUDGE